UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:08-cv-0103-DFH-TAB |
| INTERNATIONAL BROTHERHOOD OF ) | |
| TEAMSTERS LOCAL 135, UNITED ) | |
| PARCEL SERVICE, INC., and DHL ) | |
| EXPRESS (USA), INC., ) | |
| ) | |
| Defendants. ) | |

ENTRY ON PENDING MOTIONS

Plaintiff Thomas Edwards filed this employment discrimination case in 2008 alleging that two employers and his labor union had violated the Americans with Disabilities Act in 1997. Plaintiff alleges that he filed three timely charges with the EEOC in 1997 and 1998 and that he never received right-to-sue letters. His counsel requested right-to-sue letters nearly ten years later, in October 2007, and the EEOC responded by saying that all three charges had been dismissed in 1998 and the files had been destroyed in 2001.

All three defendants have moved to dismiss based on the statute of limitations and laches. Plaintiff's counsel moved to withdraw on the ground that plaintiff was refusing to cooperate with them and was accusing them of conspiring with the defendants and/or the EEOC. Judge Lawrence granted the motion to

-2-

withdraw and granted plaintiff additional time to respond to the motions. Those extensions have expired, and plaintiff has filed no response.

The defendants' motions to dismiss are granted for the reasons stated in the motions and supporting briefs. Even if the court assumes that plaintiff never received the right-to-sue letters sent by the EEOC in 1998, plaintiff waited far too late to pursue these matters to rely on equitable tolling of the time limit. See, *e.g.*, *Jeffries v. Chicago Transit Authority*, 770 F.2d 676 (7th Cir. 1985) (affirming summary judgment for defendant where plaintiff waited ten years to file suit after filing EEOC charge); *Kennedy v. Steel Warehouse, Inc.*, 1991 WL 345480 (N.D. Ind. Dec. 5, 1991) (granting motion to dismiss where plaintiff tried to sue three years after right-to-sue letter was issued). With the passage of time and the destruction of the EEOC files, the court presumes as a matter of law that defendants have been prejudiced by the unexcused delay.

The court will enter final judgment for defendants.

So ordered.

Date: July 25, 2008

_David F. Hamilton_
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Nelson D. Alexander
LOCKE REYNOLDS LLP
nalexander@locke.com

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Pamela M. Keith
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
pamela.keith@ogletreedeakins.com

John Allen Klages
QUARLES & BRADY LLC
jk2@quarles.com

Brandon M. Shelton
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brandon.shelton@ogletreedeakins.com

Amy Suzanne Wilson
LOCKE REYNOLDS LLP
awilson@locke.com

THOMAS EDWARDS
6388 Canterbury Lane
Pittsboro, IN 46167